UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL CLARK,

    Plaintiff,

v.                                                          CASE NO: 8:05-cv-67-T-23MAP

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred

(Docs. 37, 40) the plaintiff's motion for summary judgment (Doc. 28) and the

defendant's motion for summary judgment (Doc. 38) to the United States Magistrate

Judge for a report and recommendation.  Following the Magistrate Judge's March 6,

2006, report and recommendation (Doc. 41), the plaintiff objects (Doc. 43) and the

defendant responds (Doc. 44) to the plaintiff's objections.

A *de novo* determination of those portions of the report and recommendation to

which the plaintiff objects reveals that the objections either are unfounded or otherwise

require no different resolution of the motions.  Accordingly, the plaintiff's objections

(Doc. 43) are **OVERRULED** and the Magistrate Judge's report and recommendation

(Doc. 41) is **ADOPTED**.  The plaintiff's motion for summary judgment (Doc. 28) is

**DENIED** and the defendant's motion for summary judgment (Doc. 38) is **GRANTED**.

- 2 -

The clerk is directed to (1) enter judgment in favor of the defendant against the plaintiff,

(2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on April 6, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge